**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
SEPTEMBER 11, 2018 SESSION**



FILED
SEP 1 2 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 5:18-00189
    8 U.S.C. § 1326(a)

**WILFREDO ARTIAGA-MEJIA,**
  also known as "Wilfredo Arteaga Mejia"

**I N D I C T M E N T**

**(Reentry of a Removed Alien)**

The Grand Jury Charges:

1. On or about April 18, 2011, defendant WILFREDO ARTIAGA-MEJIA, also known as Wilfredo Arteaga Mejia, an alien, was found at or near Greensboro, North Carolina, and was subsequently removed from the United States to Honduras on or about May 23, 2011.

2. On or about November 30, 2012, defendant WILFREDO ARTIAGA-MEJIA, an alien, was found at or near Eagle Pass, Texas, was convicted in the United States District Court in the Western District of Texas of the misdemeanor offense of Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1) on or about December 4, 2012, and was subsequently removed from the United States to Honduras on or about February 1, 2013.

3. On or about August 29, 2018, at or near Maxwelton, Greenbrier County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant WILFREDO ARTIAGA-MEJIA, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: *Erik S. Goes*
ERIK S. GOES
Assistant United States Attorney